AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Juan Cespedes__<br>*Defendant* | )<br>)<br>) Case No. 1:20-mj-523<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/23/20

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Mark C Collins__
*Printed name and bar number of defendant's attorney*

__492 S. High St 3rd Floor Columbus Ohio 43215__
*Address of defendant's attorney*

__Mark@McCollinslaw.com__
*E-mail address of defendant's attorney*

__614-443-3100__
*Telephone number of defendant's attorney*

__614-413-3902__
*FAX number of defendant's attorney*